**Samuel Joseph ZINGRE, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 55215.

Missouri Court of Appeals,
Western District.

June 30, 1998.

Margaret M. Johnston, Asst. Public Defender, Fulton, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Hugh L. Marshall, Asst. Atty. Gen., Jefferson City, for Respondent.

Before HANNA, P.J., and LAURA DENVIR STITH and EDWIN H. SMITH, JJ.

### Order

PER CURIAM.

Samuel J. Zingre appeals the circuit court's judgment denying his § 552.040.1 application for conditional release from the Missouri Department of Mental Health.

Judgment affirmed. Rule 84.16(b).